UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

LUZ E. GONZALEZ, :
:
    Plaintiff : No. 3:15-CV-2131
:
vs. : (Judge Nealon)
:
CAROLYN W. COLVIN, Acting :
Commissioner of Social Security, :
:
    Defendant :

## ORDER

**AND NOW, THIS 31ST DAY OF MARCH, 2016**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to dismiss, (Doc. 10), is **GRANTED**;

2. The Clerk of Court is directed to **CLOSE** this case; and

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                                                /s/ William J. Nealon
                                                **United States District Judge**

FILED SCRANTON APR - 4 2016 Per____ DEPUTY CLERK